Robert A. MORROW, Appellant

v.

STATE of Missouri, Respondent.

No. WD 76090.

Missouri Court of Appeals, Western District.

Sept. 9, 2014.

Emmett Queener, Columbia, MO, for Appellant.

Richard Starnes, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

Robert Morrow appeals the circuit court's denial of his Rule 29.15 motion for postconviction relief in which he raised claims of ineffective assistance of trial counsel. We affirm. Rule 84.16(b).